IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04CR274

| UNITED STATES OF AMERICA | | ) | |
|---|---|---|---|
| | | ) | |
| vs. | | ) | |
| | | ) | **ORDER** |
| Vinh Phy Huynh | (3) | ) | |
| Phuong The Truong | (10) | ) | |
| Stephen Roy Oxendine | (15) | ) | |
| Loc Ba Vu | (16) | ) | |
| Sinal Puth | (18) | ) | |
| David Pham Nguyen | (19) | ) | |

THIS MATTER is before the court on it own motion to set a status conference.

IT IS HEREBY ORDERED that a status conference is set for **November 9, 2006, at 2:00 p.m.** in Courtroom 3. The court intends to discuss the likelihood of settlement of any of these defendants or whether all six defendants are going to trial. And, if so, how this matter will be dealt with since we do not have facilities to try all of the defendants simultaneously.

IT IS SO ORDERED.

Signed: October 19, 2006

Graham C. Mullen
United States District Judge